ClientCaseID: 49994    CaseReturnDate: 10/26/16

Affidavit of  A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **1:16-CV-09922**

I, JOHN J PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY ACT LICENSE NUMBER #117-000697

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  ILLINOIS DEPARTMENT OF HEALTHCARE FAMILY SERVICES
PERSON SERVED  DAVID KURINIEC, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **10/26/16**

That the sex, race and approximate age of the whom I left the   SUMMONS & COMPLAINT
are as follow:

**Sex** MALE    **Race** WHITE    **Age** 40    **Height** 5'7"    **Build** THIN    **Hair** BLK

LOCATION OF SERVICE   **201 S GRAND AVE. EAST SPRINGFIELD, IL, 62763**

Date Of Service   **10/26/16**    Time of Service   **2:10 PM**

JOHN J PENNELL                             10/26/2016
**A PRIVATE INVESTIGATOR**
PRIVATE DETECTIVE # 115-002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.
THE SERVICE FEE IS $_____