# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Petersen Companies, LLC, et al.

                               Plaintiff,

v.                                                         Case No.: 1:16–cv–09922
                                                            Honorable Elaine E. Bucklo

Felicia F Norwood

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 12/9/2019. Plaintiffs' motion to dismiss without prejudice pursuant to F.R.C.P. 41(a)(2) is granted. This case is dismissed without prejudice pursuant to FRCP 41(a)(2). Bench trial set to begin on 12/16/2019 is vacated. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.